IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SARA A. FITZPATRICK,

        PLAINTIFF,

V.

ZAKHEIM LAW GROUP, P.A.
F/K/A ZAKHEIM & LAVRAR, A
FLORIDA PROFESSIONAL
ASSOCIATION; FLYNN LAVRAR,
AN INDIVIDUAL; AND CAPITAL
ONE BANK (USA), N.A., A
NATIONAL BANKING
ASSOCIATION,

        DEFENDANTS.

Case No. 2:16-cv-00771-JES-MRM

_____/

## NOTICE OF SETTLEMENT

Plaintiff Sara A. Fitzpatrick and Defendants, Zakheim Law Group, P.A. f/k/a Zakeim & LaVrar, P.A., Flynn LaVrar and Capital One Bank (USA), N.A., notify this Court that Plaintiff and Defendants have settled all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties respectfully request that the Court stay all deadlines and retain jurisdiction for any matters related to completing and/or enforcing the settlement.

28505273 v1

Respectfully submitted the 16th of November, 2016.

s/ David W. Fineman
David W. Fineman, Esq.
The Dellutri Law Group, P.A.
1436 Royal Palm Squire Blvd.
Fort Myers, FL 33919
Fla.ECF.DellutriLawGroup@gmail.com
Counsel for Plaintiff


s/ David P. Hartnett
David P. Hartnett, Esq.
Hartnett Law P.A.
8900 S.W. 107 Avenue
Suite 301
Miami, Florida 33176
dhartnett@thehartnettfirm.com
Counsel for Zakheim Law Group, P.A.
f/k/a Zakeim & Lavrar, P.A. and Flynn LaVrar

s/ Megan P. Stephens
Joshua H. Threadcraft (96153)
Joshua.Threadcraft@burr.com
Megan P. Stephens (92557)
Megan.Stephens@burr.com
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone:   205-251-3000
Counsel for Capital One Bank (USA), N.A

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of November, 2016, a copy of the foregoing was filed. Notice of this filing will be sent to the following party/parties by electronic mail:

David W. Fineman, Esq.
The Dellutri Law Group, P.A.
1436 Royal Palm Squire Blvd.
Fort Myers, FL 33919
Fla.ECF.DellutriLawGroup@gmail.com
Counsel for Plaintiff


David P. Hartnett, Esq.
Hartnett Law P.A.
8900 S.W. 107 Avenue
Suite 301
Miami, Florida 33176
dhartnett@thehartnettfirm.com
Counsel for Zakheim Law Group, P.A. f/k/a Zakeim & Lavrar, P.A. and Flynn LaVrar


                                                s/ Megan P. Stephens
                                                OF COUNSEL