UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SARA A. FITZPATRICK,

     Plaintiff,

v.                      Case No: 2:16-cv-771-FtM-29MRM

ZAKHEIM LAW GROUP, P.A., a
Florida professional
association, FLYNN LAVRAR,
an individual, and CAPITAL
ONE BANK (USA) N.A., a
national banking
association,

     Defendants.

---

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #15) filed on January 23, 2017. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. _Anago Franchising, Inc. v. Shaz, LLC_, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this   23rd   day of January, 2017.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE